**Opinion issued February 7, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-17-00334-CV

———————————

**NEAT HOME INVESTORS, LLC, IGNACIO FLORES, AND LETICIA RAMIREZ, Appellants**

**V.**

**FRANK GRANDE AND SUZAN GRANDE D/B/A CJ PROPERTIES, Appellees**

---

**On Appeal from the County Court at Law No. 2 and Probate Court
Brazoria County, Texas
Trial Court Case No. CI55015**

---

## MEMORANDUM OPINION

Appellants, Neat Home Investors, LLC, Ignacio Flores, and Leticia Ramirez, representing that "all matters presently pending before the Court have been resolved," have filed a notice of dismissal, which we construe as a motion to dismiss

the appeal. *See* TEX. R. APP. P. 42.1(a)(1). No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Further, although the motion does not include a certificate of conference, more than ten days have passed and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

We reinstate the appeal, grant appellant's motion, and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Goodman and Countiss.